UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO GARY ANGELO,<br><br>Defendant. | 4:23-CR-40126-KES<br><br>REPORT AND RECOMMENDATION |

This matter came before the court for a change of plea hearing on Thursday, March 7, 2024. The defendant, Antonio Gary Angelo, appeared in person and by his counsel, the Assistant Federal Public Defender. The United States appeared by its Assistant United States Attorney.

The defendant consented in open court to the change of plea before a United States Magistrate Judge. This court finds that the defendant's consent was voluntary and upon the advice of counsel. The government also consented to the plea hearing before a magistrate judge. Further, the parties waived their right to object to the report and recommendation.

Defendant has announced his intention in a petition to plead guilty to the indictment which charges him with possession of a firearm by a prohibited person in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). At the hearing, the defendant was advised of the nature of the charges to which the defendant

would plead guilty and the maximum penalties applicable, specifically: 15 years' imprisonment; a $250,000 fine; or both; 3 years on supervised release; an additional 2 years' imprisonment if supervised release is revoked (which could be followed by additional periods of supervision); forfeiture; restitution; and a $100 special assessment.

Upon questioning the defendant personally in open court, it is the finding of the court that the defendant is fully competent and capable of entering an informed plea, that the defendant is aware of the nature of the charge and the consequences of the plea, and that his plea of guilty to the indictment is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.  It is my report and recommendation that the defendant's plea of guilty be accepted and that he be adjudged guilty of that offense.

DATED this 7th day of March, 2024.

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge