UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>ANTONIO GARY ANGELO,<br><br>    Defendant. | 4:23-CR-40126-KES<br><br>ORDER ADOPTING REPORT & RECOMMENDATION AND ORDER SCHEDULING SENTENCING |

On March 7, 2024, defendant, Antonio Gary Angelo, appeared before Magistrate Judge Veronica Duffy for a change of plea hearing. Magistrate Judge Duffy issued a report recommending the court accept defendant's plea of guilty to the Indictment. The Indictment charges Angelo with possession of a firearm by a prohibited person in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). Both parties waived any objection to the report and recommendation. Upon review of the record, it is

ORDERED that the report and recommendation (Docket 24) is adopted. The defendant is adjudged guilty of possession of a firearm by a prohibited person in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). It is

FURTHER ORDERED that the sentencing hearing in this matter will be on June 3, 2024, at 9:00 a.m. in Sioux Falls, Courtroom 2.

Dated March 8, 2024.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE